UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/14/2024__
```

-------------------------------------------------------------------X
                                                                  :
PHOENIX FASHION, INC.,                                            :
                                                                  :
                        Plaintiff,                               :
                                                                  :                23-cv-5788 (LJL)
            -v-                                                   :
                                                                  :                ORDER
SAADIA GROUP LLC; NEW YORK & COMPANY                             :
STORES, INC.; FASHION TO FIGURE ECOMM LLC;                      :
LORD & TAYLOR ECOMM LCC; YAKOUB N                               :
SAADIA a/k/a YAKOUV SAADIA a/k/a YAKAOUB                        :
SAADIA a/k/a YAKOUV SAABIA a/k/a JACK                           :
SAADIA,                                                          :
                                                                  :
                        Defendants.                              :
                                                                  :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

        The deadline for Defendants to respond to Plaintiff's motion for default judgment, Dkt.
No. 94, is hereby adjourned *sine die* pending the Court's decision on Defendants' motion to set
aside the Clerk's certificates of default, Dkt. No. 99.

        SO ORDERED.


Dated: March 14, 2024                          _____
       New York, New York                                  LEWIS J. LIMAN
                                                        United States District Judge