```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PHOENIX FASHION, INC., :
:
:
Plaintiff, :
:                    23-cv-5788 (LJL)
-v- :
:                         ORDER
:
SAADIA GROUP LLC; NEW YORK & COMPANY :
STORES, INC.; FASHION TO FIGURE ECOMM LLC; :
LORD & TAYLOR ECOMM LCC; YAKOUB N :
SAADIA a/k/a YAKOUV SAADIA a/k/a YAKAOUB :
SAADIA a/k/a YAKOUV SAABIA a/k/a JACK :
SAADIA, :
:
Defendants. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     The complaint in this action invokes diversity jurisdiction pursuant to 28 U.S.C. § 1332, but it does not specify the citizenship of Defendants Saadia Group LLC, Fashion to Figure EComm LLC, or Lord & Taylor EComm LLC or their members. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–53 (2d Cir. 2000) (for diversity purposes, a limited liability company has the citizenship of each of its members and a limited partnership has the citizenship of each of its general and limited partners). Plaintiff is directed to file a letter with the Court by April 11, 2024 that addresses whether diversity jurisdiction is properly pled.

     SO ORDERED.

Dated: April 8, 2024                                      _____
      New York, New York                                LEWIS J. LIMAN
                                                               United States District Judge